No. 71–6786.   CROW *v.* EYMAN, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 71–6787.   BRUCE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–6788.   BROWNE *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.

No. 71–6792.   GARDNER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6793.   KRIKMANIS *v.* MONTGOMERY ET AL. C. A. 1st Cir.   Certiorari denied.

No. 71–6794.   BOYD *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 71–6795.   TATE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 71–6796.   SHAFFER *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 71–6797.   CURTIS *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 2d Cir.   Certiorari denied.

No. 71–6798.   ARD ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–6801.   QUINN *v.* GAGNON, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 71–6802.   JONES *v.* FIELD, MEN'S COLONY SUPER-INTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 71–6804.   SANTANA *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK. C. A. 2d Cir.   Certiorari denied.